**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REYNALDO N. ROSAS, | Case No. SACV 13-1958 SS |
|          Plaintiff, | |
|    v. | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | |
|          Defendant. | |

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED for further proceedings consistent with the Court's Memorandum Decision and Order.

DATED:  January 26, 2015

                              /S/
                      SUZANNE H. SEGAL
                      UNITED STATES MAGISTRATE JUDGE