1   Denise Bourgeois Haley
    Attorney at Law: 143709
2   Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
3   Santa Fe Springs, CA 90670
    Tel.: (562)868-5886
4   Fax: (562)868-8868
    E-mail: rohlfing.office@rohlfinglaw.com
5
    Attorneys for Plaintiff
6   Reynaldo N. Rosas

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11  REYNALDO N. ROSAS,                    )  Case No.: 8:13-cv-01958-SS
                                          )
12              Plaintiff,                )  {PROPOSED} ORDER AWARDING
                                          )  EQUAL ACCESS TO JUSTICE ACT
        vs.                               )  ATTORNEY FEES AND EXPENSES
13                                        )  PURSUANT TO 28 U.S.C. § 2412(d)
    CAROLYN W. COLVIN, Acting             )  AND COSTS PURSUANT TO 28
14  Commissioner of Social Security,      )  U.S.C. § 1920
                                          )
15              Defendant                 )
                                          )
16  _____       )

17

18          Based upon the parties' Stipulation for the Award and Payment of Equal

    Access to Justice Act Fees, Costs, and Expenses:
19
            IT IS ORDERED that fees and expenses in the amount of $4,900.00 as
20
    authorized by 28 U.S.C. § 2412, and costs in the amount of $424.00 as authorized
21
    by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22
    DATE: 4/15/15
23
                                    *Suzanne H. Segal*
24
                            THE HONORABLE SUZANNE H. SEGAL
                            UNITED STATES MAGISTRATE JUDGE
25

26

                                    -1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3       /s/ *Denise Bourgeois Haley*

4  _____
   Denise Bourgeois Haley
5  Attorney for plaintiff Reynaldo N. Rosas

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-